

**Charles Lee McINTOSH, Petitioner, v. Dr. Ivan W. STEELE, Warden, United States Medical Center, Springfield, Missouri.**

No. 14074.

United States Court of Appeals
Eighth Circuit.

Nov. 23, 1949.

Charles Lee McIntosh, pro se.

PER CURIAM.

Petition of petitioner for writ of mandamus denied.

**Ernest E. MANSKER, Appellant, v. UNITED STATES of America.**

No. 13959.

United States Court of Appeals
Eighth Circuit.

Nov. 23, 1949.

Ernest E. Mansker, pro se.

Drake Watson, United States Attorney, and Herbert H. Freer, Assistant United States Attorney, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of prosecution, on motion of appellee.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Jo G. BURK, et al.**

No. 13997.

United States Court of Appeals
Eighth Circuit.

Nov. 12, 1949.

David P. Findling, General Counsel, National Labor Relations Board, and A. Norman Somers, Assistant General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and motion of National Labor Relations Board.

**James NORVELL and Bill Newell, Appellants, v. UNITED STATES of America.**

No. 13953.

United States Court of Appeals
Eighth Circuit.

Nov. 23, 1949.

Richard P. Shanahan, Kansas City, Mo., for appellants.

Sam M. Wear, United States Attorney, and Harry F. Murphy, Assistant United States Attorney, Kansas City, Mo., for appellee.

PER CURIAM.

Appeals from District Court dismissed, on motion of appellee.

**UNITED STATES of America ex rel. Alfred TURIANO, Relator-Appellant, v. James E. MULCAHY, Respondent-Appellee.**

No. 134, Docket 21542.

United States Court of Appeals
Second Circuit.

Argued Dec. 7, 1949.

Decided Dec. 8, 1949.